United States District Court
Southern District of Texas
**FILED**

DEC 1 0 2019

David J. Bradley, Clerk of Court

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs | § | |
| SYLVIA P. ATKINSON | § | |

GRAND JURY NO. **#12**

**B-19-1097**

## SEALED
### ORDER FOR ISSUANCE OF WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

Defendant                                    Amount of Bail

**SYLVIA P. ATKINSON**                        **NO BOND**

ENTERED at Brownsville, Texas, this the _10th_ day of **DECEMBER,** 2019.

UNITED STATES MAGISTRATE JUDGE