United States District Court
Southern District of Texas
**ENTERED**
December 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:19-CR-1097 |
| | § | |
| SYLVIA P ATKINSON | § | |

## ORDER

The undersigned recuses himself from the above-referenced cause of action.

SIGNED this 12th day of December, 2019.

Rolando Olvera
United States District Judge