United States District Court
Southern District of Texas
**ENTERED**
January 24, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-19-1097 |
| | § | |
| SYLVIA P. ATKINSON | § | |

### ORDER

On this day the Court considered the Government's Motion to Certify Case as Complex and for Continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), which constitutes excludable time under the Speedy Trial Act. After considering the Government's Motion, the Motion is hereby GRANTED.

Accordingly, it is ORDERED that the above styled and numbered cause is certified as a complex case pursuant to Section 3161(h)(7)(B)(ii) of Title 18, United States Code, the deadlines in the Docket Control Order are continued, and a revised Docket Control Order shall issue.

Signed at Brownsville, Texas, on _January 24_ 2020.

FERNANDO RODRIGUEZ, JR.
UNITED STATES DISTRICT JUDGE