VR
06/20/2019
**BROWNSVILLE DIVISION**
FILE: 2019R19754

SUPERSEDING
OCDETF
CRIMINAL DOCKET     NO.     B-19-1097-S1

INDICTMENT
COUNTY: CAMERON

Filed: June 9, 2020
Filed: December 10, 2019

Judge: **Fernando Rodriguez, Jr.**

ATTORNEYS:

**UNITED STATES OF AMERICA**

RYAN K. PATRICK, USA

**vs.**

JODY YOUNG, AUSA

SYLVIA P. ATKINSON     (YOB: 1971) USC

**CHARGE:** Ct. 1: Conspiracy
Total              18 USC 371
Counts      Ct. 2: Bribery Concerning Programs Receiving Federal Funds
(8)                 18 USC 666 (a)(1)(B) and 2
            Ct. 3-8: Travel Act-State Law Bribery
                    18 USC 1952 and 2
                NOTICE OF FORFEITURE

**PENALTY:**  Ct. 1: 5 years and/or a $250,000 plus three years SRT
            Ct. 2: up to 10 years and/or 250,000 fine plus 3 year supervised release
            Ct. 3-8: up to 5 years and/or 250,000 fine plus 3 year supervised release

In Jail: X
On Bond:
No Arrest:
DEA: MICHAEL COBLIN

**P R O C E E D I N G S:**