UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 1:19–cr–01097

Sylvia P Atkinson

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 5/26/2021

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   May 11, 2021

Nathan Ochsner, Clerk